U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 31, 2022

**By ECF**
The Honorable Laura Taylor Swain
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re: *Ray v. United States Postal Service*, 19 CV 6546 (LTS) (DCF)

Dear Judge Swain:

    In this action, Plaintiff, an employee of the United States Postal Service, seeks to recover wages allegedly owed to him under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. After being informed that the parties reached an agreement in principle to settle this action, the Court directed the parties to submit a proposed settlement agreement supported by a declaration and any other evidence necessary to support the Court's determination of whether the agreement is fair and reasonable by April 1, 2022. The parties are attempting to finalize terms of the proposed settlement agreement but have not done so yet. On behalf of all parties, we respectfully request a two-week extension to submit the above documents for the Court's review, from April 1 to April 15, 2022.

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ *Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2693
Cell: (917) 509-0892
E-mail: brandon.cowart@usdoj.gov

The requested extension of time is granted.
DE##50 and 54 resolved.

SO ORDERED.
Dated: April 1, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

cc: Plaintiff's counsel (by ECF)