# LAW OFFICE OF RUDY A. DERMESROPIAN, LLC

**Rudy A. Dermesropian**
**rad@dermesropianlaw.com**

**810 SEVENTH AVENUE**
**SUITE 405**
**NEW YORK, NY 10019**
Ph.: 646-586-9030
Fax: 646-586-9005

www.dermesropianlaw.com

Affiliate Office:
Skillman, NJ

April 15, 2022

**Via ECF**
The Honorable Laura Taylor Swain
United States District Judge
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Michael Ray v. United States Postal Service*
      **Case No.: 1:19-cv-06546(LTS)(DCF)**

Dear Judge Swain,

This office represents the Plaintiff, Michael Ray, in the above-referenced matter. In this action, Plaintiff seeks to recover wages owed to him under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq*. The parties have recently reached an agreement in principle to settle this action and have been preparing a proposed settlement agreement for the Court's review and approval. The initial deadline to submit the proposed agreement was postponed from April 1 to April 15, 2022. However, an additional week until April 22, 2022 is needed to finalize the agreement as Defendant's counsel had to take an emergency leave due to family reasons. This is the parties' second request for an extension of time.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ Rudy A. Dermesropian*

Rudy A. Dermesropian
Managing Member

The requested extension of time is granted. DE# 56 resolved.

SO ORDERED.
Dated: April 18, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

cc:   All counsel of record (via e-mail & ECF)